IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM GARRETT,
    Petitioner,

vs.                               3:09cv468/MCR/CJK

KENNETH S. TUCKER,
    Respondent.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 9, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the report and recommendation and the record, the undersigned has determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1), challenging the convictions and sentences in *State of Florida v. William Danny Garrett,* in the Circuit Court for Escambia County, Florida, Case No. 01-4998 is DENIED.

  3. Petitioner's "Reply Brief and Alternative Motion to Stay and Abey" (doc. 31) is DENIED.

  4. The clerk is directed to close the file.

  5. A certificate of appealability is DENIED.

DONE AND ORDERED this 13th day of September, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE